# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                         §
                                               §
SCOTT, CAROL ANN                               §        Case No. 10-33966
                                               §
                        Debtor(s)              §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

          Funds were disbursed in the following amounts:

          Payments made under an interim
          disbursement
          Administrative expenses
          Bank service fees
          Other payments to creditors
          Non-estate funds paid to 3rd Parties
          Exemptions paid to the debtor
          Other payments to the debtor

          Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was          and the deadline for filing governmental claims was       . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $       . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $     as interim compensation and now requests a sum of $     , for a total compensation of $     [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $   , and now requests reimbursement for expenses of $    , for total expenses of $    [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DREW M. DILLWORTH_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1    EXHIBIT A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

**Exhibit A**

| | |
|---|---|
| Case No: | 10-33966    RAM    Judge: ROBERT A. MARK |
| Case Name: | SCOTT, CAROL ANN |
| For Period Ending: | 05/21/13 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Date Filed (f) or Converted (c): | 08/13/10 (f) |
| 341(a) Meeting Date: | 09/24/10 |
| Claims Bar Date: | 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 145,150.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 247.37 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 7. ANNUITIES | 18,535.00 | 0.00 | | 0.00 | FA |
| 8. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES<br><br>2003 Toyota RAV 4.  Debtor repurchased the vehicle pursuant to stipulation [ECF No. 21].  The debtor overpaid by continuing monthly installments after the stipulated amount was received as set forth in the motion [ECF No. 36] to return overpayment. | 6,600.00 | 4,000.00 | | 5,300.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.37 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $171,052.37 | $4,000.00 | | $5,300.37 | $0.00 |

FORM 1    EXHIBIT A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit A

| Case No: | 10-33966    RAM    Judge: ROBERT A. MARK | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | SCOTT, CAROL ANN | Date Filed (f) or Converted (c): | 08/13/10 (f) |
| | | 341(a) Meeting Date: | 09/24/10 |
| | | Claims Bar Date: | 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee reviewing claims and preparing to file final report;

Initial Projected Date of Final Report (TFR): 12/30/12        Current Projected Date of Final Report (TFR): 06/30/13

_____ Date: _____

DREW M. DILLWORTH

**FORM 2 - EXHIBIT B**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-33966 -RAM | |
| Case Name: | SCOTT, CAROL ANN | |

Trustee Name:    DREW M. DILLWORTH
Bank Name:    BANK OF KANSAS CITY
Account Number / CD #:    *******0718  Checking Account

| | |
|---|---|
| Taxpayer ID No: | 35-6874666 |
| For Period Ending: | 05/21/13 |

Blanket Bond (per case limit):    $  1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/12 | 9 | CAROL ANN SCOTT 1620 WEST AVENUE #605 MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 1,125.00 | | 1,125.00 |
| 06/22/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,465.39 | | 4,590.39 |
| 06/28/12 | 9 | CAROL ANN SCOTT 1620 WEST AVENUE #605 MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 4,815.39 |
| 07/16/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.36 | 4,814.03 |
| 07/30/12 | 9 | CAROL ANN SCOTT 1620 WEST AVENUE #605 MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 5,039.03 |
| 08/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.49 | 5,033.54 |
| 08/28/12 | 9 | CAROL ANN SCOTT 1620 WEST AVENUE #605 MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 5,258.54 |
| 09/17/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.78 | 5,252.76 |
| 10/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.82 | 5,246.94 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 6.00 | 5,240.94 |

Page Subtotals                5,265.39            24.45

FORM 2 - EXHIBIT B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 10-33966 -RAM | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | SCOTT, CAROL ANN | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0718 Checking Account |
| Taxpayer ID No: | 35-6874666 | | |
| For Period Ending: | 05/21/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.80 | 5,235.14 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.99 | 5,229.15 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.98 | 5,223.17 |
| 02/18/13 | 003001 | Carol Ann Scott 1620 W. Ave. #605 Miami Beach, FL 33139 | Order dated 12/19/12 ECF 38 | 8200-000 | | 1,300.00 | 3,923.17 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 6.52 | 3,916.65 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 5.83 | 3,910.82 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 3,900.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 5,265.39 | 1,364.57 | 3,900.82 |
| | Less: Bank Transfers/CD's | | 3,465.39 | 0.00 | |
| | Subtotal | | 1,800.00 | 1,364.57 | |
| | Less: Payments to Debtors | | | 1,300.00 | |
| | Net | | 1,800.00 | 64.57 | |

Page Subtotals                    0.00                    1,340.12

Ver: 17.02c

LFORM24

**FORM 2 - EXHIBIT B**

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:     10-33966 -RAM
Case Name:    SCOTT, CAROL ANN

Trustee Name:    DREW M. DILLWORTH
Bank Name:    BANK OF AMERICA, N.A.
Account Number / CD #:    *******3657  BofA - Money Market Account

Taxpayer ID No:    35-6874666
For Period Ending:    05/21/13

Blanket Bond (per case limit):    $  1,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/10 | 9 | CAROL ANN SCOTT<br>1620 WEST AVENUE #605<br>MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 225.00 |
| 11/24/10 | 9 | CAROL ANN SCOTT<br>1620 WEST AVENUE #605<br>MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 450.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 450.01 |
| 12/23/10 | 9 | CAROL ANN SCOTT<br>1620 WEST AVENUE #605<br>MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 675.01 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 675.02 |
| 01/27/11 | 9 | CAROL ANN SCOTT<br>1620 WEST AVENUE #605<br>MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 125.00 | | 800.02 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 800.04 |
| 02/25/11 | 9 | CAROL ANN SCOTT<br>1620 WEST AVENUE #605<br>MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 1,025.04 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,025.05 |

Page Subtotals    1,025.05    0.00

**FORM 2 - EXHIBIT B**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-33966 -RAM |
| Case Name: | SCOTT, CAROL ANN |
| Taxpayer ID No: | 35-6874666 |
| For Period Ending: | 05/21/13 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3657 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/11 | 9 | CAROL ANN SCOTT<br>1620 WEST AVENUE #605<br>MIAMI BEACH, FL 33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 1,250.05 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,250.06 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,250.07 |
| 05/02/11 | 9 | CAROL ANN SCOTT<br>1620 WEST AVENUE #605<br>MIAMI BEACH, FL 33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 1,475.07 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,475.08 |
| 06/03/11 | 9 | CAROL ANN SCOTT<br>1620 WEST AVENUE #605<br>MIAMI BEACH, FL 33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 1,700.08 |
| 06/30/11 | 9 | CAROL ANN SCOTT<br>1620 WEST AVENUE #605<br>MIAMI BEACH, FL 33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 1,925.08 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,925.09 |
| 07/27/11 | 9 | CAROL ANN SCOTT<br>1620 WEST AVENUE #605<br>MIAMI BEACH, FL 33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 2,150.09 |
| | | | Page Subtotals | | 1,125.04 | 0.00 | |

LFORM24

Ver: 17.02c

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-33966 -RAM | |
| Case Name: | SCOTT, CAROL ANN | |
| | | |
| Taxpayer ID No: | 35-6874666 | |
| For Period Ending: | 05/21/13 | |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3657 BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,150.10 |
| 08/29/11 | 9 | CAROL ANN SCOTT 1620 WEST AVENUE #605 MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 2,375.10 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,375.12 |
| 09/29/11 | 9 | CAROL ANN SCOTT 1620 WEST AVENUE #605 MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 2,600.12 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,600.14 |
| 10/27/11 | 9 | CAROL ANN SCOTT 1620 WEST AVENUE #605 MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 2,825.14 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,825.16 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.28 | 2,821.88 |
| 11/29/11 | 9 | CAROL ANN SCOTT 1620 WEST AVENUE #605 MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 3,046.88 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,046.90 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.48 | 3,043.42 |

| | | |
|---|---|---|
| Page Subtotals | 900.09 | 6.76 |

**FORM 2 - EXHIBIT B**

Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-33966 -RAM |
| Case Name: | SCOTT, CAROL ANN |
| Taxpayer ID No: | 35-6874666 |
| For Period Ending: | 05/21/13 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3657  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/11 | 9 | CAROL ANN SCOTT 1620 WEST AVENUE #605 MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 3,268.42 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,268.44 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.74 | 3,264.70 |
| 01/30/12 | 9 | CAROL ANN SCOTT 1620 WEST AVENUE #605 MIAMI BEACH, FL  33139 | Order dated 10/25/10 DE 24 | 1129-000 | 225.00 | | 3,489.70 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,489.73 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.25 | 3,485.48 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,485.51 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.13 | 3,481.38 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,481.41 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.28 | 3,477.13 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,477.16 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.42 | 3,472.74 |

| | | | Page Subtotals | | 450.14 | 20.82 | |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Ver: 17.02c

FORM 2 - EXHIBIT B

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-33966 -RAM |
| Case Name: | SCOTT, CAROL ANN |
| Taxpayer ID No: | 35-6874666 |
| For Period Ending: | 05/21/13 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3657  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,472.77 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.41 | 3,468.36 |
| 06/22/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,468.38 |
| 06/22/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 2.99 | 3,465.39 |
| 06/22/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 3,465.39 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,500.37 | 3,500.37 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,465.39 | |
| Subtotal | 3,500.37 | 34.98 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,500.37 | 34.98 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0718 | 1,800.00 | 64.57 | 3,900.82 |
| BofA - Money Market Account - ********3657 | 3,500.37 | 34.98 | 0.00 |
| | 5,300.37 | 99.55 | 3,900.82 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

Ver: 17.02c

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    8

Exhibit B

| Case No: | 10-33966 -RAM | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | SCOTT, CAROL ANN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3657  BofA - Money Market Account |
| Taxpayer ID No: | 35-6874666 | | |
| For Period Ending: | 05/21/13 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

LFORM24   **UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

Ver: 17.02c

| | EXHIBIT C | |
|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | Date: May 21, 2013 |

Case Number:    10-33966
Debtor Name:    SCOTT, CAROL ANN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $1,055.88 | $1,055.88 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $732.13 | $732.13 |
| 000004<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $873.61 | $873.61 |
| 000005<br>070<br>7100-00 | eCast Settlement Corp.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $0.00 | $1,955.30 | $1,955.30 |
| 000006<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $20,879.82 | $20,879.82 |
| | Case Totals: | | | $0.00 | $25,496.74 | $25,496.74 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-33966
Case Name: SCOTT, CAROL ANN
Trustee Name: DREW M. DILLWORTH

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DREW M. DILLWORTH | $ | $ | $ |
| Trustee Expenses: DREW M. DILLWORTH | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | American Express Bank FSB | $ | $ | $ |
| 000005 | eCast Settlement Corp. | $ | $ | $ |
| 000006 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE